IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OMAR HAZIM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1286 |
| | § | |
| SCHIEL & DENVER PUBLISHING LTD., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum Opinion and Order of even date, the plaintiff's action is dismissed without prejudice.

SIGNED on September 8, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge